JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-01283-RGK (OPx) | Date | January 3, 2013 |
|---|---|---|---|
| Title | *SUNIL BHASIN V. HANS BARBACHANO, et al* | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams (Not Present) | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER DISMISSING ACTION IN ITS ENTIRETY FOR LACK OF JURISDICTION**

   On May 7, 2012, the Court issued an order granting Defendant Hans Barbachano's Motion to Dismiss for lack of subject matter jurisdiction. For the same reasons discussed in that May 7 Order, the Court hereby sua sponte **dismisses** the action in its entirety for lack of subject matter jurisdiction.

   **IT IS SO ORDERED.**

                                                                                                        :

                                                    Initials of Preparer